UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BROGAN T. LYNCH,

        Plaintiff,                                  Civil No. 09-6170-PK

       v.                                          ORDER

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

HAGGERTY, District Judge:

      Magistrate Judge Papak has issued a Findings and Recommendation [19] in this action. The Magistrate Judge recommended that a judgment be entered affirming the Commissioner's decision. No objections were filed, and the case was referred to this court.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P.

1- ORDER

72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation and the decision of the Commissioner is affirmed.

## **CONCLUSION**

The Findings and Recommendation [19] is adopted and the Commissioner's decision is AFIRMED.

IT IS SO ORDERED.

Dated this   27   day of August, 2010.


    /s/    Ancer L. Haggerty
Ancer L. Haggerty
United States District Judge

2- ORDER